# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GARY V. JENKINS,

       *Plaintiff*,

    v.

DONALD TRUMP, et al.,

       *Defendants*.

Civil Action No. 1:24-cv-324 (CJN)

## ORDER

In case number 24-cv-334, *pro se* plaintiff Gary Jenkins filed an incoherent complaint against a multitude of defendants, ranging from a linen supply company to Donald Trump. The Court dismissed for lack of subject-matter jurisdiction because Jenkins' complaint was "patently insubstantial." *Jenkins v. Williams*, 24-cv-334, ECF No. 19 at 2. The complaint in this case is essentially a carbon copy of that one.[1] It therefore meets the same end for the same reasons.

It is **ORDERED** that the case is **DISMISSED** for lack of jurisdiction.

The Clerk is directed to terminate this case.

This is a final appealable order.

DATE:  August 1, 2024

CARL J. NICHOLS
United States District Judge

---

[1] Although he has only attempted to serve one defendant this time (Donald Trump), the complaint appears to intend to name all the same defendants as last time. *See* ECF No. 1.